**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Archsys, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**27-4615560**

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

**30985 Oakview Rd.**
**Bulverde, TX 78163**
Number, Street, City, State & ZIP Code

**Comal**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **Archsys-inc.com** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Archsys, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5416**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Ameliom IT, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Western District of Texas** | When | **6/20/24** | Case number, if known | **24-51148-CAG** |

Debtor  **Archsys, Inc.**
Name

Case number (*if known*) _____

| Debtor | **Archsys, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Archsys, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **June 20, 2024**
               MM / DD / YYYY

**X** **/s/ Brian L. Adams**            **Brian L. Adams**
Signature of authorized representative of debtor        Printed name

Title   **President and authorized representative**

---

| 18. Signature of attorney | **X** **/s/ H. Anthony Hervol**       Date **June 20, 2024** |
|---|---|
| | Signature of attorney for debtor                 MM / DD / YYYY |

**H. Anthony Hervol 00784264**
Printed name

**Law Office of H. Anthony Hervol**
Firm name

**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
Number, Street, City, State & ZIP Code

Contact phone   **(210) 522-9500**   Email address   **hervol@sbcglobal.net**

**00784264 TX**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **Archsys, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

  ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
  ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
  ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
  ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
  ☐   *Schedule H: Codebtors* (Official Form 206H)
  ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
  ☐   Amended *Schedule*
  ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
  ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 20, 2024**   X **/s/ Brian L. Adams**
   Signature of individual signing on behalf of debtor

   **Brian L. Adams**
   Printed name

   **President and authorized representative**
   Position or relationship to debtor

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Archsys, Inc.** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): | | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arrow Electronics, Inc.** **9151 E Panorama Circle Englewood, CO 80112** | | **Licensing given to Spirit Airlines** | | | | $199,830.29 |
| **Avtec** **100 Innovation Place Please Lexington, SC 29072** | | **Software license fees** | | | | $569,836.44 |
| **Corneilius & Merril Corporation** **156 N Jefferson St # 405 Chicago, IL 60661-1474** | | **Contract Labor** | | | | $73,080.00 |
| **Encore Bank** **1801 Rahling Road Little Rock, AR 72211** | | **Accounts, Chattel Paper, Deposit Accts, Documents, Gen'l Intangibles, Equipment, Fixtures, Inventory, Records, Instruments, Software** | | $2,027,688.29 | $1,265,709.00 | $761,979.29 |
| **Encore Bank** **1801 Rahling Road Little Rock, AR 72211** | | **Line of Credit** | | | | $69,010.28 |
| **Ingram Micro** **3351 Michelson Dr., Suite 100 Irvine, CA 92612** | | | | | | $104,910.22 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Archsys, Inc.**
    Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service - Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Taxes owed** | | | | **$203,168.00** |
| **Singlewire Software P.O. Box 46218 Madison, WI 53744-6218** | | **Spirit software licensing** | | | | **$2,539.00** |
| **Texas Comptroller of Public Accounts Revenue Accounting Division - Bankruptcy P.O. Box 13528 Capitol Station Austin, TX 78711** | | **Franchise taxes** | | | | **$31,353.74** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

In re **Archsys, Inc.** _____  Case No. _____
                              Debtor(s)      Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ameliom Ventures, LLC**<br>**30985 Oakview Rd**<br>**Bulverde, TX 78163** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and authorized representative** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 20, 2024** _____   Signature  **/s/ Brian L. Adams** _____
                                                            **Brian L. Adams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re   **Archsys, Inc.** _____  Case No. _____

                                         Debtor(s)       Chapter   **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the President and authorized representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 20, 2024**_____       **/s/ Brian L. Adams**_____

                                                     **Brian L. Adams/President and authorized representative**

                                                     Signer/Title

```
United States Trustee
615 E Houston Street, Ste 533
San Antonio, TX 78205


Ameliom Holdings, LP
30985 Oakview Rd
Bulverde, TX 78163


Ameliom IT, LLC
30985 Oakview Rd
Bulverde, TX 78163


Ameliom, LLC
30985 Oakview Rd
Bulverde, TX 78163


Arrow Electronics, Inc.
9151 E Panorama Circle
Englewood, CO 80112


Avtec
100 Innovation Place Please
Lexington, SC 29072


Brian Adams
30985 Oakview Rd
Bulverde, TX 78163


Corneilius & Merril Corporation
156 N Jefferson St # 405
Chicago, IL 60661-1474


Encore Bank
1801 Rahling Road
Little Rock, AR 72211


Ingram Micro
3351 Michelson Dr., Suite 100
Irvine, CA 92612


Internal Revenue Service - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346
```

Mary A. Frosto
Vice President   SBA Funding / Servicing
1225 S. Main St, Suite 101
Grapevine, TX 76051


Singlewire Software
P.O. Box 46218
Madison, WI 53744-6218


Texas Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711


U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


United States Attorney/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney/SBA
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

# United States Bankruptcy Court
## Western District of Texas

In re __Archsys, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Archsys, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ameliom Ventures, LLC**
**30985 Oakview Rd**
**Bulverde, TX 78163**

☐ None [*Check if applicable*]

June 20, 2024
Date

**/s/ H. Anthony Hervol**
**H. Anthony Hervol 00784264**
Signature of Attorney or Litigant
Counsel for   __Archsys, Inc.__
**Law Office of H. Anthony Hervol**
**22211 IH-10 West, Suite 1206-168**
**San Antonio, TX 78257**
**(210) 522-9500 Fax:(210) 522-0205**
**hervol@sbcglobal.net**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ARCHSYS, INC,** | § | **CASE NO. 24-5_____** |
| | § | |
| **DEBTOR** | § | **CHAPTER 11** |

## <u>DECLARATION OF BRIAN L. ADAMS</u>

I, Brian L. Adams, declare as follows:

1.      My name is Brian L. Adams.  I am over 18 years of age and am fully competent to make this Declaration.  The facts stated in this Declaration are based upon my personal knowledge and are true and correct. I submit this Declaration as required by 11 U.S.C. §1116(1).

2.      Attached hereto are (A). the most recently filed federal income tax return for Archsys, Inc., (B). the most recently prepared statement of operations for the Debtor, and (C). the most recently prepared balance sheet for the Debtor.  To the best of my knowledge, no recent historical cash flow statement has been prepared other than what may be contained in the foregoing documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _20th__ day of June, 2024.


___*/s/ Brian L. Adams* _____
Brian L. Adams, President and authorized
representative of the Debtor

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2022 or tax year beginning _____ , ending _____

Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Check if: | | | |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | | |
| b Life/nonlife consolidated return | ☐ | | |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | |
| 3 Personal service corp. (see instructions) | ☐ | | |
| 4 Schedule M-3 attached | ☐ | | |

TYPE OR PRINT

**Name**
ARCHSYS, INC

**Number, street, and room or suite no. If a P.O. box, see instructions.**
30985 OAKVIEW ROAD

**City or town, state or province, country, and ZIP or foreign postal code**
BULVERDE, TX  78163

B Employer identification number
█████560

C Date incorporated
02/01/2011

D Total assets (see instructions)
$ 701,077.

E Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | 8,498,803. | |
| | b Returns and allowances | 1b | 41,985. | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 8,456,818. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | 3,699,379. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 4,757,439. |
| | 4 Dividends and inclusions (Schedule C, line 23) | | 4 | |
| | 5 Interest                            SEE STATEMENT 1 | | 5 | 1. |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (attach statement)      SEE STATEMENT 2 | | 10 | 169. |
| | 11 **Total income.** Add lines 3 through 10 | | 11 | 4,757,609. |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (attach Form 1125-E) | | 12 | |
| | 13 Salaries and wages (less employment credits) | | 13 | 785,073. |
| | 14 Repairs and maintenance | | 14 | 9,264. |
| | 15 Bad debts | | 15 | 14,569. |
| | 16 Rents | | 16 | |
| | 17 Taxes and licenses               SEE STATEMENT 3 | | 17 | 60,858. |
| | 18 Interest (see instructions) | | 18 | 3,753. |
| | 19 Charitable contributions | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | |
| | 21 Depletion | | 21 | |
| | 22 Advertising | | 22 | 200. |
| | 23 Pension, profit-sharing, etc., plans | | 23 | 13,325. |
| | 24 Employee benefit programs | | 24 | |
| | 25 Reserved for future use | | 25 | |
| | 26 Other deductions (attach statement)      SEE STATEMENT 4 | | 26 | 2,980,879. |
| | 27 **Total deductions.** Add lines 12 through 26 | | 27 | 3,867,921. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | 889,688. |
| | 29a Net operating loss deduction (see instructions)   STATEMENT 5 | 29a | 11,305. | |
| | b Special deductions (Schedule C, line 24) | 29b | | |
| | c Add lines 29a and 29b | | 29c | 11,305. |
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | 878,383. |
| | 31 Total tax (Schedule J, Part I, line 11) | | 31 | 184,460. |
| | 32 Reserved for future use | | 32 | |
| | 33 Total payments and credits (Schedule J, Part III, line 23) | | 33 | |
| | 34 Estimated tax penalty. See instructions. Check if Form 2220 is attached ☒ | | 34 | 7,645. |
| | 35 Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed   STMT 6   ** | | 35 | 192,105. |
| | 36 Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | 36 | |
| | 37 Enter amount from line 36 you want: Credited to 2023 estimated tax _____   Refunded | | 37 | |

Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  PRESIDENT
Title

May the IRS discuss this return with the preparer shown below? ☒ Yes ☐ No

| Paid Preparer Use Only | Print/Type preparer's name JON W. GALE, CPA | Preparer's signature JON W. GALE, CPA | Date 10/02/23 | Check ☐ if self-employed | PTIN P00049884 |
|---|---|---|---|---|---|
| | Firm's name   CLIFTONLARSONALLEN LLP | | | Firm's EIN ████749 | |
| | Firm's address  9901 IH-10 WEST STE 350 SAN ANTONIO, TX 78230 | | | Phone no. (210) 298-7900 | |

211601 12-15-22   LHA   For Paperwork Reduction Act Notice, see separate instructions.   ** STMT 7   STMT 8   Form **1120** (2022)

TOTAL BALANCE DUE:   203,168.   1   INT   5,529. PEN   5,534.

16421002 131839 A107894                    2022.04030 ARCHSYS, INC                    A1078941

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

Form 1120 (2022)  ARCHSYS, INC                                     560  Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC -DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2022)

211611
12-15-22

16421002 131839 A107894          2022.04030 ARCHSYS, INC          A1078941

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

Form 1120 (2022)  ARCHSYS, INC                                    ███████ 560   Page 3

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ☐ | | |
| 2 | Income tax. See instructions | 2 | 184,460. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 184,460. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | Total credits. Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 184,460. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | |
| g | Other (see instructions - attach statement) | 9g | |
| 10 | Total. Add lines 9a through 9g | 10 | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 184,460. |

**Part II - Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |

**Part III - Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | 13 | |
| 14 | 2022 estimated tax payments | 14 | |
| 15 | 2022 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | Total payments. Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | Total credits. Add lines 20a through 20d | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Total payments and credits. Add lines 19 and 21. Enter here and on page 1, line 33 | 23 | |

Form **1120** (2022)

211621
12-15-22

16421002 131839 A107894        2022.04030 ARCHSYS, INC                A1078941

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

Form 1120 (2022)    ARCHSYS, INC    ████ 560    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

1  Check accounting method:   a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) _____

2  See the instructions and enter the:

  a  Business activity code no.  **541512**

  b  Business activity  **COMPUTER SYSTEMS**

  c  Product or service  **SALE OF SYSTEMS**

3  Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ..................................................    | | X

  If "Yes," enter name and EIN of the parent corporation  _____

  _____

4  At the end of the tax year:

  a  Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) ...............    X |

  b  Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ...............    | | X

5  At the end of the tax year, did the corporation:

  a  Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ...............    | | X

  If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

  b  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ...............    | | X

  If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

6  During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ...............    | | X

  If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

  If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7  At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ...............    | | X

  For rules of attribution, see section 318. If "Yes," enter:

  **(a)** Percentage owned _____  and **(b)** Owner's country _____

  **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____

8  Check this box if the corporation issued publicly offered debt instruments with original issue discount ...............    ☐

  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

9  Enter the amount of tax-exempt interest received or accrued during the tax year  $ _____

10  Enter the number of shareholders at the end of the tax year (if 100 or fewer) _____

11  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ...............    ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12  Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ...............    $  **11,305.**

211632
12-15-22

Form **1120** (2022)

16421002 131839 A107894              2022.04030 ARCHSYS, INC              A1078941

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

Form 1120 (2022)  ARCHSYS, INC                                    560  Page **5**

| **Schedule K** | **Other Information** (continued from page 4) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year and its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year  $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions  $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15  $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                              By Value | | |

Form **1120** (2022)

211633
12-15-22

16421002 131839 A107894          2022.04030 ARCHSYS, INC          A1078941

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

Form 1120 (2022)  ARCHSYS, INC                                                    560    Page 6

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 Cash | | | 97,204. | | 199,480. |
| 2a Trade notes and accounts receivable | | 249,721. | | 490,762. | |
| b Less allowance for bad debts | | ( ) | 249,721. | ( ) | 490,762. |
| 3 Inventories | | | | | |
| 4 U.S. government obligations | | | | | |
| 5 Tax-exempt securities | | | | | |
| 6 Other current assets (att. stmt.)  STMT 9 | | | 39,505. | | 10,835. |
| 7 Loans to shareholders | | | | | |
| 8 Mortgage and real estate loans | | | | | |
| 9 Other investments (att. stmt.) | | | | | |
| 10a Buildings and other depreciable assets | | | | | |
| b Less accumulated depreciation | | ( ) | | ( ) | |
| 11a Depletable assets | | | | | |
| b Less accumulated depletion | | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | | |
| 13a Intangible assets (amortizable only) | | | | | |
| b Less accumulated amortization | | ( ) | | ( ) | |
| 14 Other assets (att. stmt.) | | | | | |
| 15 Total assets | | | 386,430. | | 701,077. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 Accounts payable | | | 199,634. | | 136,258. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 18 Other current liabilities (att. stmt.)  STMT 10 | | | 130,112. | | -685. |
| 19 Loans from shareholders | | | 15,743. | | 0. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | | |
| 21 Other liabilities (att. stmt.) | | | | | |
| 22 Capital stock: a Preferred stock | | | | | |
| b Common stock | | 10. | 10. | 10. | 10. |
| 23 Additional paid-in capital | | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | | |
| 25 Retained earnings - Unappropriated | | | 240,931. | | 765,494. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | | |
| 27 Less cost of treasury stock | | | ( 200,000.) | | ( 200,000.) |
| 28 Total liabilities and shareholders' equity | | | 386,430. | | 701,077. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | 889,563. | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books | | | Tax-exempt interest  $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | | | |
| | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation  $ _____ | | |
| a Depreciation ___ $ _____ | | | b Charitable contributions  $ _____ | | |
| b Charitable contributions ___ $ _____ | | | | | |
| c Travel and entertainment ___ $ _____ | | | | | |
| STMT 11  125. | 125. | | 9 Add lines 7 and 8 | | |
| 6 Add lines 1 through 5 | 889,688. | | 10 Income (page 1, line 28) - line 6 less line 9 | | 889,688. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | 240,931. | | 5 Distributions: a Cash | | 365,000. |
| 2 Net income (loss) per books | 889,563. | | b Stock | | |
| 3 Other increases (itemize): _____ | | | c Property | | |
| | | | 6 Other decreases (itemize): _____ | | |
| | | | 7 Add lines 5 and 6 | | 365,000. |
| 4 Add lines 1, 2, and 3 | 1,130,494. | | 8 Balance at end of year (line 4 less line 7) | | 765,494. |

211631
12-15-22

Form **1120** (2022)

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

| Form **1125-A** | **Cost of Goods Sold** | |
|---|---|---|
| (Rev. November 2018) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ Go to www.irs.gov/Form1125A for the latest information. | |

| Name | | Employer Identification number |
|---|---|---|
| ARCHSYS, INC | | ▉▉▉560 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 3,699,379. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 3,699,379. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 3,699,379. |

9 a Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation) ▶ _____

b Check if there was a writedown of subnormal goods ............................................................ ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............... ▶ ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ...... | 9d | |

e If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions .......... ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............... ☐ Yes ☒ No

If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.   Form **1125-A** (Rev. 11-2018)

224441
04-01-22   LHA

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

| SCHEDULE G (Form 1120) (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Information on Certain Persons Owning the Corporation's Voting Stock** ▶ Attach to Form 1120. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number (EIN) |
|---|---|
| ARCHSYS, INC | ████560 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| AMELIOM VENTURES LLC | ████926 | PARTNERSHIP | UNITED STATES | 100.00% |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.       Schedule G (Form 1120) (Rev. 12-2011)

217701
04-01-22       LHA

16421002 131839 A107894          2022.04030 ARCHSYS, INC          A1078941

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Attach to the corporation's tax return.<br>Go to www.irs.gov/Form2220 for instructions and the latest information. | **2022** |

| Name | Employer identification number |
|---|---|
| ARCHSYS, INC | ███████560 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

### Part I   Required Annual Payment

| | | | |
|---|---|---|---|
| 1 | Total tax (see instructions) | **1** | 184,460. |
| 2 a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 ..... **2a** | | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method .......... **2b** | | |
| c | Credit for federal tax paid on fuels (see instructions) ............................ **2c** | | |
| d | **Total.** Add lines 2a through 2c | **2d** | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty | **3** | 184,460. |
| 4 | Enter the tax shown on the corporation's 2021 tax return. See instructions. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5 | **4** | |
| 5 | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 | **5** | 184,460. |

### Part II   Reasons for Filing — Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions.

| | | |
|---|---|---|
| 6 | ☐ | The corporation is using the adjusted seasonal installment method. |
| 7 | ☐ | The corporation is using the annualized income installment method. |
| 8 | ☐ | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

### Part III   Figuring the Underpayment

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | **Installment due dates.** Enter in columns (a) through (d) the 15th day of the 4th (**Form 990-PF filers:** Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | **9** | 04/18/2022 | 06/15/2022 | 09/15/2022 | 12/15/2022 |
| 10 | **Required installments.** If the box on line 6 and/or line 7 above is checked, enter the amounts from Sch A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column | **10** | 46,115. | 46,115. | 46,115. | 46,115. |
| 11 | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions | **11** | | | | |
| | **Complete lines 12 through 18 of one column before going to the next column.** | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | **12** | | | | |
| 13 | Add lines 11 and 12 | **13** | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | **14** | | 46,115. | 92,230. | 138,345. |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | **15** | | | | |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- | **16** | | 46,115. | 92,230. | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | **17** | 46,115. | 46,115. | 46,115. | 46,115. |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column | **18** | | | | |

Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.

LHA   **For Paperwork Reduction Act Notice, see separate instructions.** — Form **2220** (2022)

212801 01-24-23

16421002 131839 A107894          2022.04030 ARCHSYS, INC                      A1078941

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

ARCHSYS, INC ⬛560

Form 2220 (2022) Page **2**

| **Part IV** | Figuring the Penalty |

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. **(C corporations with tax years ending June 30 and S corporations:** Use 3rd month instead of 4th month. **Form 990-PF and Form 990-T filers:** Use 5th month instead of 4th month.) See instructions | 19 | STATEMENT 12 | | | |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 | 20 | | | | |
| 21 | Number of days on line 20 after 4/15/2022 and before 7/1/2022 | 21 | | | | |
| 22 | Underpayment on line 17 × Number of days on line 21 × 4% (0.04) / 365 | 22 | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2022 and before 10/1/2022 | 23 | | | | |
| 24 | Underpayment on line 17 × Number of days on line 23 × 5% (0.05) / 365 | 24 | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2022 and before 1/1/2023 | 25 | | | | |
| 26 | Underpayment on line 17 × Number of days on line 25 × 6% (0.06) / 365 | 26 | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2022 and before 4/1/2023 | 27 | | | | |
| 28 | Underpayment on line 17 × Number of days on line 27 × 7% (0.07) / 365 | 28 | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2023 and before 7/1/2023 | 29 | | | | |
| 30 | Underpayment on line 17 × Number of days on line 29 × *% / 365 | 30 | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2023 and before 10/1/2023 | 31 | | | | |
| 32 | Underpayment on line 17 × Number of days on line 31 × *% / 365 | 32 | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2023 and before 1/1/2024 | 33 | | | | |
| 34 | Underpayment on line 17 × Number of days on line 33 × *% / 365 | 34 | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2023 and before 3/16/2024 | 35 | | | | |
| 36 | Underpayment on line 17 × Number of days on line 35 × *% / 366 | 36 | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 | 37 | $ 2,591. | $ 2,283. | $ 1,721. | $ 1,050. |

**38** **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns ............ **38** $ 7,645.

\* Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at **www.irs.gov**. You can also call 1-800-829-4933 to get interest rate information.

Form **2220** (2022)

212802 01-24-23

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


Archsys, Inc
30985 Oakview Road
Bulverde, TX   78163


Employer Identification Number: ████560


For the Year Ending December 31, 2022


Archsys, Inc is making the de minimis safe harbor election under
Reg. Sec. 1.263(a)-1(f).

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

ARCHSYS, INC                                                               ▓▓▓▓560

| FORM 1120 | INTEREST INCOME | | STATEMENT 1 |
|---|---|---|---|
| DESCRIPTION | | US | OTHER |
| INTEREST INCOME-OTHER THAN US GOVT | | | 1. |
| TOTAL TO FORM 1120, LINE 5 | | | 1. |

| FORM 1120 | OTHER INCOME | STATEMENT 2 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| OTHER INCOME | | 169. |
| TOTAL TO FORM 1120, LINE 10 | | 169. |

| FORM 1120 | TAXES AND LICENSES | STATEMENT 3 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| TAXES | | 60,858. |
| TOTAL TO FORM 1120, LINE 17 | | 60,858. |

| FORM 1120 | OTHER DEDUCTIONS | STATEMENT 4 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| AUTO EXPENSE | | 47. |
| BANK FEES | | 494. |
| COMPUTER EXPENSE | | 13,303. |
| DUES & SUBSCRIPTIONS | | 398. |
| GIFT/BONUSES | | 1,025. |
| INSURANCE | | 14,150. |
| LEGAL & PROFESSIONAL | | 96,072. |
| MANAGEMENT FEES | | 2,840,325. |
| MEALS NOT SUBJECT TO LIMITATION | | 75. |
| OFFICE EXPENSE | | 1,248. |
| PAYROLL EXPENSES | | 4,227. |
| POSTAGE | | 315. |
| RECRUITING COSTS | | 8,587. |
| TRAVEL | | 180. |
| UTILITIES | | 433. |
| TOTAL TO FORM 1120, LINE 26 | | 2,980,879. |

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

ARCHSYS, INC                                                                                ████560

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| | | NET OPERATING LOSS DEDUCTION | | STATEMENT 5 |
| 12/31/21 | 11,305. | | 11,305. | 11,305. |
| NOL AVAILABLE THIS YEAR | | | 11,305. | 11,305. |

| DESCRIPTION | AMOUNT |
|---|---|
| | TAX DUE (OVERPAYMENT)                STATEMENT 6 |
| TOTAL TAX | 184,460. |
| UNDERPAYMENT PENALTY | 7,645. |
| LATE PAYMENT PENALTY | 5,534. |
| LATE PAYMENT INTEREST | 5,529. |
| TOTAL TAX DUE (OVERPAYMENT) TO PAGE 1 | 203,168. |

COMPUTATION OF LATE PAYMENT INTEREST          STATEMENT 7

| PAYMENT AMOUNT | REMAINING COMPOUNDED BALANCE | PERIOD OF UNDERPAYMENT | DAYS | INTEREST RATE | AMOUNT OF INTEREST |
|---|---|---|---|---|---|
| 0. | 184,460. | 04/15/2023 09/16/2023 | 154 | 7.0000 | 5,529. |
| TOTAL LATE PAYMENT INTEREST TO PAGE 1 | | | | | 5,529. |

COMPUTATION OF LATE PAYMENT PENALTY          STATEMENT 8

| PAYMENT AMOUNT | REMAINING BALANCE | PERIOD OF UNDERPAYMENT | MON | RATE | AMOUNT OF PENALTY |
|---|---|---|---|---|---|
| 0. | 184,460. | 04/15/2023 09/16/2023 | 6 | .5000 | 5,534. |
| TOTAL LATE PAYMENT PENALTY TO PAGE 1 | | | | | 5,534. |

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

ARCHSYS, INC                                                            ██████560

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OTHER CURRENT ASSETS | 39,505. | 10,835. |
| TOTAL TO SCHEDULE L, LINE 6 | 39,505. | 10,835. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OTHER CURRENT LIABILITIES | 130,112. | -685. |
| TOTAL TO SCHEDULE L, LINE 18 | 130,112. | -685. |

| SCHEDULE M-1 | OTHER EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN THIS RETURN | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PENALTIES | 125. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 125. |

DocuSign Envelope ID: F1245A30-E4D4-48DA-AFFC-39984D186F01

ARCHSYS, INC █████560

| FORM 2220 | COMPUTATION OF UNDERPAYMENT PENALTY | STATEMENT 12 |
|---|---|---|

| QTR | EVENT AMOUNT TYPE | * | REMAINING UNDERPAYMENT | PERIOD OF UNDERPAYMENT | | DAYS | INT RATE | AMOUNT OF PENALTY |
|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | |
| | Q | | 46,115. | 04/15/2022 | 06/30/2022 | 76 | 4% | 384. |
| | R | | 46,115. | 06/30/2022 | 09/30/2022 | 92 | 5% | 581. |
| | R | | 46,115. | 09/30/2022 | 12/31/2022 | 92 | 6% | 697. |
| | R | | 46,115. | 12/31/2022 | 04/15/2023 | 105 | 7% | 929. |
| B | | | | | | | | |
| | Q | | 46,115. | 06/15/2022 | 06/30/2022 | 15 | 4% | 76. |
| | R | | 46,115. | 06/30/2022 | 09/30/2022 | 92 | 5% | 581. |
| | R | | 46,115. | 09/30/2022 | 12/31/2022 | 92 | 6% | 697. |
| | R | | 46,115. | 12/31/2022 | 04/15/2023 | 105 | 7% | 929. |
| C | | | | | | | | |
| | Q | | 46,115. | 09/15/2022 | 09/30/2022 | 15 | 5% | 95. |
| | R | | 46,115. | 09/30/2022 | 12/31/2022 | 92 | 6% | 697. |
| | R | | 46,115. | 12/31/2022 | 04/15/2023 | 105 | 7% | 929. |
| D | | | | | | | | |
| | Q | | 46,115. | 12/15/2022 | 12/31/2022 | 16 | 6% | 121. |
| | R | | 46,115. | 12/31/2022 | 04/15/2023 | 105 | 7% | 929. |

TOTAL TO FORM 2220, LINE 38                                             7,645.

EVENT TYPE: Q = AMOUNT UNDERPAID AT START OF QUARTER
            P = PAYMENT
            W = WITHHOLDING
            R = INTEREST RATE CHANGE
            L = SWITCH TO OR FROM A LEAP YEAR

# Archsys Incorporated

## Profit and Loss

### January 1 - May 14, 2024

|  | TOTAL |
|---|---|
| Income |  |
|   Commission Income | 500.00 |
|   Services | 633.36 |
| **Total Income** | **$1,133.36** |
| GROSS PROFIT | **$1,133.36** |
| Expenses |  |
|   Bank Charges | 94.85 |
|   Computer Softwares/Supplies | 693.58 |
|   Insurance - Gen Liability | 18.00 |
|   Legal & Professional Fees |  |
|     Accounting | 198.50 |
|   **Total Legal & Professional Fees** | **198.50** |
|   Repair & Maintenance | 1,163.50 |
|   Shipping and Handling | 20.07 |
| **Total Expenses** | **$2,188.50** |
| NET OPERATING INCOME | **$ -1,055.14** |
| NET INCOME | **$ -1,055.14** |

# Archsys Incorporated

## Balance Sheet

### As of May 14, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Bill.com Money Out Clearing | 10,440.00 |
| BoA Checking #7702 | 2,720.47 |
| BOA Savings | 0.74 |
| Encore Checking #4000 | 51,783.09 |
| **Total Bank Accounts** | **$64,944.30** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 1,216,733.33 |
| **Total Accounts Receivable** | **$1,216,733.33** |
| Other Current Assets | |
| Due To/From Amelion IT | 2,160,313.65 |
| Payroll Corrections | 0.00 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$2,160,313.65** |
| **Total Current Assets** | **$3,441,991.28** |
| **TOTAL ASSETS** | **$3,441,991.28** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 750,494.66 |
| **Total Accounts Payable** | **$750,494.66** |
| Credit Cards | |
| BoA Credit Card | 0.00 |
| Jenn's Chase Credit Card | 0.00 |
| Lanny's Chase Credit Card | 0.00 |

|  | TOTAL |
|---|---|
| **Total Credit Cards** | **$0.00** |
| Other Current Liabilities | |
| Direct Deposit Payable | 0.00 |
| Due to Jennifer/Lanny | -16,751.82 |
| Encore LOC #9104 | 0.00 |
| Fed Income Tax Payable | 0.00 |
| FL state Payable | 0.00 |
| Manual Payable | 0.00 |
| MN Dept of Revenue Payable | 0.00 |
| MN Sales Tax | 0.00 |
| Out Of Scope Agency Payable | 0.00 |
| Payroll Accrual | 0.00 |
| Payroll Liabilities | 0.00 |
| 401K | 0.00 |
| Federal Taxes (941/944) | 0.00 |
| Federal Unemployment (940) | 0.00 |
| FL Unemployment Tax | 0.00 |
| GA Income Tax | 0.00 |
| Healthcare Spending Account | 0.00 |
| HSA | 0.00 |
| IL Income Tax | 0.00 |
| IL Unemployment Tax | 0.00 |
| MN Income Tax | 0.00 |
| MN Unemployment Taxes | 0.00 |
| NJ Income Tax | 0.00 |
| NJ Quarterly Taxes | 0.00 |
| Payroll Accrual | 0.00 |
| Payroll Adjustment | 0.00 |
| TX Unemployment Tax | 0.00 |
| UHC - Med/Den/Vis | 0.00 |
| **Total Payroll Liabilities** | **0.00** |
| Sales tax payable | 0.00 |
| SBA Loan #9101 | 0.00 |
| Texas Sales Tax Payable | 51.48 |
| **Total Other Current Liabilities** | **$ -16,700.34** |
| **Total Current Liabilities** | **$733,794.32** |
| Long-Term Liabilities | |
| Ballard Promissory Note | -22,335.76 |
| PPP Loan | 0.00 |
| **Total Long-Term Liabilities** | **$ -22,335.76** |
| **Total Liabilities** | **$711,458.56** |
| Equity | |
| Ameliom Ventures, LLC - Dividends | -521,861.92 |
| Common Stock | 10.00 |
| Opening Balance Equity | 0.00 |
| Retained Earnings | 3,453,439.78 |
| Shareholder Equity | 0.00 |
| Treasury Stock | -200,000.00 |

|  | TOTAL |
|---|---|
| Net Income | -1,055.14 |
| **Total Equity** | **$2,730,532.72** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,441,991.28** |